LYNDA M. FREGO
P.O. Box 1533
Ronkonkoma, NY 11779

January 2, 2013

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   JAN 10 2013   ★

LONG ISLAND OFFICE

Honorable Sandra J. Feuerstein
United States District Judge
Long Island Federal Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

Re:   Wallace v. NY Dept. of Corrections and Community Supervision,
      Kelsick and Senzamici, 11-cv-5462 (SJF)(WDW)

      Frego v. NY Dept. of Corrections and Community Supervision,
      Kelsick and Senzamici, 12-cv-1028 (SJF)(WDW)

Your Honor:

I have recently received a letter from Toni Logue, Assistant Attorney General which was a request for an adjournment of a status conference scheduled for January 8, 2013 at 11:15 a.m. After speaking to Ms. Logue, I was verbally informed that the request was approved and rescheduled for January 15, 2013. The purpose of this letter is to request an adjournment of the status conference currently re-scheduled for January 15, 2013. Due to a medical condition, I have recently had major surgery and am recovering at home for several weeks under a doctor's care. I am requesting that the status conference be re-scheduled to February 12, 19, 26, or March 5, at any time that is convenient to the Court. I have already checked Ms. Logue's availability regarding this request.

Respectfully,

*LYNDA M. FREGO*

LYNDA M. FREGO,
*Pro se* plaintiff

RECEIVED

JAN 1 ? 2013

EDNY PRO SE OFFICE

Cc:
File
Toni E. Logue, Assistant Attorney General
200 Old Country Road, Suite 240
Mineola, N.Y. 11501

...DA FREE-O
Box 1533
...ahoma, N.Y. 11779

★ RECEIVED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JAN 10 2013 ★

LONG ISLAND OFFICE

Honorable Sandra J. Feuerstein
U.S. District Judge
Long Island Federal Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, N.Y.
11722-9014

11722901414